IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC -7 A 9:54

Lawrence Patrick Phillips
Full name and prison number
of plaintiff(s) 243212

v.

Anthony Clark
Kevin Smith
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV1159-T
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Covington County Jail 290 Hillcrest Drive Andalusia AL 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail 290 Hillcrest Drive Andalusia AL 36420

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   **NAME**                               **ADDRESS**

1. Anthony Clark - 290 Hillcrest dR Andalusia AL 36420
2. Kevin Smith - 290 Hillcrest dR Andalusia AL 36420
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 9-26-2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The Plaintiff were Assualted By Jail Administrator He Physically Abused Him, For No Reason, Because He got into It with Another Inmate. Plaintiff was trying to Brake it up.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

The Defendant Kevin Smith did assualted the Plaintiff for no reason he hit Plaintiff in his throat and punched him a numbers of time. He denied Plaintiff medical atention, Plaintiff is still suffing from the Abured,

**GROUND TWO:** And his injuries. serious and painful to his eye and teeth he told the jailers of his

**SUPPORTING FACTS:** injuries and his pain, the jailers failed to procure medical Aid. As a result stated cause of action for denial of competent medical care in violation of his due process rights. Plaintiff fear for his Life because of August 24, 25, 26, At Trial, Terry Stoudimire is Alleged victim the Plaintiff supposely shot the

**GROUND THREE:** Trial judge order for the plaintiff and the victim to stay away from each other. Now the defendant

**SUPPORTING FACTS:** Made the victim a trustee on the 9-28-05. The Plaintiff fear for his Life Because of a Letter the victim wrote, it say - Judge didn't order your ass to stay out of B-Block, when you had those 5 days. You need to stop stunting, I will kick off in your ass if you come to B-Block. Sign Stud! The Plaintiff fear for his life, and the defendants know this the victim to be in safe keeper detention unit.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff stated for pain a suffering $200,000 for the fear for his life, And the defendants Don't seen to care $200,000 And the defendants Jobs.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(Date)

_____
Signature of plaintiff(s)

4