IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LAWRENCE PATRICK PHILLIPS | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-1159-T |
| ANTHONY CLARK, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

For good cause, it is ORDERED that the court's January 4, 2006 order (Doc. No. 8) be and is hereby WITHDRAWN.

Done this 6th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE