# EXHIBIT A
# Inmate File

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☒ No | ☒ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

COPY

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | | 3 | 4 SFX |
|---|---|---|---|---|
| 0230200 | OPP Police Dpt | | 060134 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Phillips Lawrence | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | |
|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ W ☐ B ☐ I | 6'2" | 162 | Bro | Blk | Drk | ☐ SCARS ☐ MARKS ☐ TATOOS ☐ AMPUTATIONS | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 | | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|---|
| OPP Covington AL | 4-23-06-3326 | | 05-30-79 | 19 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 24 FBI # | | HENRY CLASS | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|---|
| | | NCIC CLASS | | |

| 26 ☐ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 600 Barnes St Opp Al 36467 | ( ) 493-2566 | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Unemployed | | |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| A-10 Hardage Circle Opp Al 36467 | | ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE ☐ AGENCY |

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☐ OFFICER ☒ NONE ☐ ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |
|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 06-30-99 | 14 53 ☐ 1 AM ☒ 2 PM ☐ MIL | ☐S ☐M ☐T ☒W ☐T ☐F ☐S | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☒ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE—1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☒ MISD | 48 UCR CODE |
|---|---|---|---|
| F.I.A. T.O.P III | | Reckless Endangerment | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 683-4/13A-8-5 | W-98-527 | 1-12-598 | 1983-4/13A-6-24 | W-98-572 | 6-20-298 |

| 56 CHARGE—3 ☐ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☒ MISD | 58 UCR CODE |
|---|---|---|---|
| Resisting Arrest | | Harassment | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| 1982-4/13A-10-41 | W-99-291 | 06-21-99 | 1983-4/13A-11-8 | W-98-573 | 1-20-298 |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☐ HELD ☐ TOT—LE ☐ BAIL ☐ OTHER ☐ RELEASED | | |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|
| | | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|
| |

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF TO WELFARE AGENCY ☐ REF TO ADULT COURT ☐ REF TO JUVENILE COURT ☐ REF TO OTHER POLICE AGENCY | ☐ CONTINUED IN NARRATIVE |
|---|---|---|
| | | 83 RELEASED TO |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| | | |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|
| | | | |

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y : ☐ AM ☐ MIL ☐ PM | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE STATE USE |
|---|---|---|
| | | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|
| | 99-1,20006 | | 98-09,01,01 | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR |
|---|---|---|---|---|---|
| Anderson J.R. Sgt | 258 | Thompson Earl | 225 | ID # | ID # |

**TYPE OR PRINT IN BLACK INK**

ACJIC—34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

117 DATE AND TIME OF ARREST
06 30 99 14 53

118 CASE #

119 SFX

120 ADDITIONAL ARREST INFORMATION

Lawrence Patrick Phillips

The above named subject was arrested at Hardage Circle after being called to a domestic on Everett Drive. Phillips had five warrants for Harassment, Assault III, Theft of Property III, Reckless Endangerment, & Resisting Arrest.

NARRATIVE

NARRATIVE

NARRATIVE

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

# OPP POLICE DEPARTMENT
## PRISONER PROPERTY LOG SHEET

99-060134

PRISONER'S NAME: _Lawrence Phillips_          DATE: 06-30-99

| | | | | |
|---|---|---|---|---|
| Ammunition | Cigarettes | ID Card | Necklace | Tie-Neck |
| Bag-Hand | Clothing | Jewelry | Package | Tie-Tack/Clip |
| Beer | Coat | Junk | Papers | Tobacco |
| Belt | Comb | Keys | Pen-Pencil | Toilet Articles |
| Billfold | Drivers License | Knife | Purse-Coin | Tools |
| Boots/Shoes | Ear Rings | Liquor | Purse-Lady | Watch |
| Books | Flashlight | Lighter | Purse-Man | Weapon |
| Boxes | Glasses | Luggage | Radio/TV | Whiskey |
| Brief Case | Gloves | Medicine | Razor | Wine |
| Camera | Groceries | Money Clip | Rings | Hat/Cap |
| Candy | Musical Instrument | Suitcase | Check Book | Nail Clip |
| Sweater/Coat | Credit Cards | Other Item(s): | _Condom_ | _Release order_ |
| | | | _Candy_ | _Paper_ |

**CURRENCY (BILLS)**

| | | |
|---|---|---|
| $100.00's | Total | $ |
| $50.00's | Total | $ |
| $20.00's | Total | $ |
| $10.00's | Total | $ |
| $5.00's | Total | $ |
| $1.00's | Total | $ |
| TOTAL AMOUNT CURRENCY: | | $ |
| TOTAL AMOUNT OF CHANGE | | $ |
| COMBINED TOTAL AMOUNT OF ALL CURRENCY, CHECKS, AND CHANGE. | | $ _0_ |

**CHECKS**

| | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL AMOUNT OF ALL CHECKS | $ |

I certify that the above is a correct list of items removed from my POSSESSION at the time I was placed in Jail. PRISONERS SIGNATURE _____

I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this ___ day of _____, _____ at _____:_____ ___AM___PM.
SIGNATURE OF RECEIVING OFFICER _____

I have received all of the above listed property (minus any property previously released as is indicated on this receipt) on this _____ day of _____, _____ at _____:_____ ___AM___PM.
PRISONER'S SIGNATURE _____

PRISONER PROPERTY SEIZED AS EVIDENCE? ☐ YES ☐ NO  IF YES, SEIZED BY: _____
DESCRIBE PROPERTY: _____

RELEASED ITEMS: _____ DATE: _____ TIME: _____
RELEASING OFFICER: _____ AGENCY: _____
RECEIVING OFFICER: _____ AGENCY: _____

Case 8:04-cv-00131-JPM  Document 12-2  Filed 07/03/2006  Page 5 of 62

INMATE NAME LAST _____ FIRST _____ Mi __I__

DID YOU SEARCH INMATE _____

DID YOU DO MEDICAL SYMPTOM AND FORM _____

DID YOU BOOK SUBJECT IN _____

DID YOU LIST ALL CHARGES _Yes_

DID YOU LIST ALL PROPERTY _Yes_

DID YOU CHECK NCIC AND LOCAL FOR WARRANTS _yes_

DID YOU LIST ALL HOLDS ON INMATE _yes_

DID YOU ENTER INMATE IN THE COMPUTER _yes_

DID YOU PUT INMATE ON DAILY JAIL LOG _Yes_

DID YOU PUT INMATE'S PROPERTY IN PROPERTY ROOM _yes_

DID YOU TAKE FINGERPRINTS _NO . OPP PD. arrest_

DID YOU TAKE PHOTO _yes_

DID INMATE GET A PHONE CALL _yes_

DID YOU PUT MONEY IN LOCK BOX _NO Mone.y_

DID YOU PUT INMATE ON 72 HOUR HEARING LIST _NO OPP PD's arrest misdemors_

BOOKING OFFICER _Wheeler_        DATE _7-6-99._

RELEASING OFFICER WILL FILL OUT THE REST OF THE FORM WHEN RELEASING INMATE

DATE RELEASED _2-24-2000_

DID YOU CHECK ALL HOLDS ON INMATE _y_

DID YOU RETURN ALL PROPERTY AND MONEY _y_

DID YOU HAVE INMATE SIGN FOR PROPERTY _y_

DID YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY _R(_

DID YOU MAKE SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE RELEASING _y_

DID YOU PUT INMATE OUT ON DAILY JAIL LOG _y_

DID YOU MAKE SURE THIS INMATE IS TO BE RELEASED AND THERE ARE NO HOLDS _y_

DID YOU TAKE INMATE OUT OF COMPUTER _y_

RELEASING OFFICER _____

State of Alabama
Unified Judicial System

Form C-42  Rev 8/95

## ORDER OF RELEASE
## FROM JAIL

**Case Number**

MC98 527    MC19-362

MC19-360    MC19-362-3

MC19-361    MC19-364

IN THE _____ Municipal _____ COURT OF _____ MUNICIPALITY

CITY OF _OPP_  v.  _Lawrence Patrick Phillips_

## TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Release on Dec 4, 1999

at 5:00 PM

Reason for Release _____

By: _Diane Worthan_
~~Judge/Clerk/Officer~~  Magist-le

Date  _9/5/99_

COURT RECORD (Original)    JAILER (Copy)

# AGGREIVIANCE FORM

LAWRENCE MASH
OCT 1, 1999
B-BLOCK

I'M WRITING UP ASHELY, AND CHAPLIN I'VE BEEN HERE 3 MONTHS OF TODAY AND I'VE ASKED SEVERAL TIMES COULD I GET ON THE HALL TO BECOME A TRUSTIE IT'S NOT AN BIG ISSUE THE IMPORTANCE IS I DIDN'T GET A CHANCE

I STOPPED CHAPLIN IN THE HALLWAY SEVERAL TIMES I'VE WROTE A REQUEST FORM TO HIM ON SEVERAL OCCATIONS WHICH HE DIDN'T SEND ME NOTHING BACK TO LET ME KNOW HIS CONCERNS ON BOTH TERMS ASHLEY, CHAPLIN DIDN'T WANNA TALK TO ME I'VE GOTTEN IN ONE INCIDENT SINCE I'VE BEEN HERE, MOST OF THE PEOPLE ON THE HALLWAY HAVE TOO I'VE BEEN TREATED POORLY AND UNFAIRLY

AND ANOTHER ~~INCIDEN~~ INCIDENT I WANNA WRITE UP IS I'VE BEEN HERE 3 MONTHS THE TOTAL OF MY TIME IS TO THIS AND I'VE STILL NOT GOTTEN OUT I'VE ASKED FOR AN TIMESHEET BUT STILL TODAY NO CHAPLIN REPLIED TO IT

THANK YOU FOR YOUR CONCERN

# INMATE GRIEVANCE FORM

## COVINGTON COUNTY JAIL

A.  LIST ALL PARTIES TO ALLEGED GRIEVANCE: *Chad, Perry, Officers*
*here at CCJ*

B.  BRIEFLY STATE NATURE OF ALLEGED GRIEVANCE: *I was made a T that*
*matter by Perry and we exchanged words because*
*what he said*

C.  STATE DATE OF ALLEGED GRIEVANCE: *11-29-99*

D.  BRIEF STATEMENT ABOUT ALLEGED GRIEVANCE: 
*ON BACK*

E.  LIST NAMES OF WITNESS(S) IF ANY: *Freddie Pope, Eddie Woods*
*Charles W.W. Several others*

F:  PLACE GRIEVANCE FORM IN ENVELOPE, SEAL AND WRITE THE WORD 'GRIEVANCE' AND
NAME OF COMPLAINANT ON OUTSIDE OF ENVELOPE THE INMATE WILL GIVE TO OFFICE
DUTY

COVINGTON COUNTY JAIL

STANDARD OPERATING PROCEDURE

<u>NOTICE OF GRIEVANCE DISPOSITION</u>

DATE _November 30, 1999_

TO INMATE _Lawrence P. Phillips_ ,

THE COVINGTON COUNTY JAIL'S GRIEVANCE COMMITTEE, IN ACCORDANCE
WITH PARAGRAPH SUBTOPIC "D" ( EXECUTIVE SESSION), OF THE COVINGTON
COUNTY JAIL, STANDARD OPERATING PROCEDURE, HEREBY GIVES YOU NOTIFI-
CATION OF DISPOSITION OF YOUR GRIEVANCE:

_Mr. Phillips, I have spoken with Officer Perry Williams
concerning the incident, that occured the morning of 11-29-99. This
officer told me the behavior you exhibited on this
occasion, and it does not coincide with the statement
you gave. Other officers have also reported problems with
your attitude and behavior. Considering the circumstances
surrounding this incident, Officer Williams decision
to lock you down will stand, and since your time
here will soon be served, I suggest you try to get
along with the officers, and they will treat you
with the same respect you show them._

_Sgt. _____

JAIL ADMINISTRATOR/DESIGNATED PERSON
COVINGTON COUNTY JAIL

I, THE UNDERSIGNED INMATE RECEIVED NOTICE OF GRIEVANCE DISPOSITION
ON THIS DATE _11-30-99_ .

_____
INMATE SIGNATURE

DEC-02-99 THU 03:29 PM   OPP POLICE DEPARTMENT      FAX NO. 13344934411

## The City of Opp, Alabama

# Opp Police Department

POLICE CHIEF
William A. "Bill" Shaw

MAYOR
James (Tony) Moore

Telephone (334) 493-4511      Fax (334) 493-4411
P.O. Box 610  -  106 North Main St.
Opp, Alabama 36347

Date : 12-2-99
Pages to Follow : 1
To : Co. Jail
Attention : Ashley   Opp Municipal Court
From :

### Special Instructions

OOPS!! When we gave release date of
Dec 4, 1999 we had not added all fines
to be served out.   Sorry !!!
This is new Release date

March 25, 2000

As of today he still owes $116.00

If he has any questions we can pick him
up Tuesday Dec 7 to talk to the Judge

Monica
Kelly

### CONFIDENTIALITY NOTICE

The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return this original to us at the address above via the United States Postal Service. Thank you.

*The City of Opp, Alabama*

# Opp Police Department

MAYOR
*James (Tony) Moore*

POLICE CHIEF
*William A. "Bill" Shaw*

Telephone (334) 493-4511   Fax (334) 493-4411
P.O. Box 610  -  106 North Main St.
Opp, Alabama 36347

Date : 12.2.99
Pages to Follow : 1
To : Co. Jail
Attention : Ashley
From : Opp Municipal Court -

| Special Instructions |
|---|
| OOPS!! When we gave release date of Dec. 4, 1999 we had not added all fines to be served out. Sorry!!! |
| This is new Release date. |
| March 25, 2000 |
| As of today he still owes $1161.00 |
| If he has any Questions we can pick him up Tuesday Dec. 7 to talk to the Judge. |
| Thanks |
| Pat |

## CONFIDENTIALITY NOTICE

*The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return this original to us at the address above via the United States Postal Service. Thank you.*

**State of Alabama**
**Unified Judicial System**

Form C-42 Rev 8/95

## ORDER OF RELEASE
## FROM JAIL

**Case Number**

Corrected Copy

IN THE ___Municipal___ COURT OF ___Dos___ ___MUNICIPALITY___

CITY OF ___J. Lawrence Phillips___

### TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release ___served out fines & cost as of___
___March 25, 2000 release date___

Date ___Debra Gardner 12-2-99___ ___Debra Gardner___ By:
 COURT RECORD (Original) JAILER (Copy) Judge/Clerk/Officer

*The City of Opp, Alabama*

# Opp Police Department

MAYOR
James (Tony) Moore

POLICE CHIEF
William A. "Bill" Shaw

Telephone (334) 493-4511     Fax (334) 493-4411
P.O. Box 610  -  106 North Main St.
Opp, Alabama 36347

Date : 12.2.99
Pages to Follow : 1
To : Co. Jail
Attention : Ashley
From : Opp Municipal Court.

| Special Instructions |
| --- |

OOPS!! When we gave release date of Dec 4, 1999 we had not added all fines to be served out. Sorry!!!

This is new Release date.

March 25, 2000

As of today he still owes $1161.00

If he has any Questions we can pick him up Tuesday Dec 7 to talk to the Judge.

Thanks
Deb

### CONFIDENTIALITY NOTICE

*The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return this original to us at the address above via the United States Postal Service. Thank you.*

| State of Alabama<br>Unified Judicial System | ORDER OF COMMITMENT TO JAIL | Case Number<br>MC98-527   MC99-362<br>MC99-360   MC99-363<br>MC99-361   MC99-364 |
|---|---|---|

Form C-41       Rev. 11/92

IN THE _____ COURT OF __Opp_____ ALABAMA
      (Circuit, District, or Municipal)      (Name of Municipality or County)

☐ STATE OF ALABAMA   ☒ MUNICIPALITY OF __Opp__

v. __Lawrence Patrick Phillips_____, Defendant

TO THE JAILER OF __Covington County_____

You are ordered to receive into your custody the above-named defendant, charged with the

offense(s) of _____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: __Serving out fines and costs on above__

__cases @ $10 day._____

| | 459 · † |
|---|---|
| | 252 · † |
| | 177 · † |
| | 177 · † |
| | 252 · † |
| | 252 · † |
| | = |
| | 1569 · 00 † |

Sentence: _____

| | | 569 · 00 † |
|---|---|---|
| | | 10 · = |
| | | 156 · 90 † |

| Date Sentenced<br>7/15/99 | Jail Credit    (15 days)<br>Credit since 6/30/99 | Date Sentence Begins |
|---|---|---|

| | 57 · † |
|---|---|
DAYS | 15 · - |
| | = |
| | 142 · 00 † |

_Release date_
Dec 4, 1999
5:00 PM

_Diane Youngblood_
Judge/Clerk/Magistrate

__7/15/99_____
Date

# COVINGTON COUNTY SHERIFFS DEPARTMENT
# INMATE REQUEST FORM

NAME: ~~Lawshence~~   BLOCK: B _____   DATE: 11-23-99

(  ) TELEPHONE CALL   (  ) CUSTODY CHANGE   (  ) PERSONAL PROBLEM   (  ) CHAPLAIN

(  ) SPECIAL VISIT   (  ) TIME SHEET/RECORDS   ( ✓ ) OTHER:   To be released
Sat Dec 4, at 9:00 a.m.
morning time.

BRIEFLY OUTLINE YOUR REQUEST; THEN GIVE TO C/O

Sat Dec 4, 1999 I get out at 5:00 p.m. I'm requesting
if I can get out at 9:00 a.m Sat Dec. 4 1999
next Saturday because. I want no-one to
pick me up because my family is going to
see my Baby brother at Draper Correctional Facility
that Sat morning

DO NOT WRITE BELOW THIS LINE _ FOR REPLY ONLY

APPROVED  (  ) DENIED  (  ) PAY PHONE  (  ) COLLECT  (  ) OTHER

REQUEST DIRECTED TO: (CHECK ONE)

(  ) JAILER  (  ) SHERIFF  (  ) CHIEF JAILER  (  ) RECORDS  ( ✓ ) CHAPLAIN

STATEMENT OF:

I would like to go Trustee in Dorm and sit the rest of my time out. If you would try to set me up an appointment to go see the Judge sometime's this week

I need to see the Judge in Opp this week but my about my time ended to a get a job trustie-ing over there.

Laurence Phillips

1-10-2011

To:

Chapline Haygtee's

Please Preserve my Request

Denied

WITNESS

# COVINGTON COUNTY SHERIFFS DEPARTMENT
## INMATE REQUEST FORM

NAME: _Lawrence Phillips_  BLOCK: _B_  DATE: _1-19-2000_

( ) TELEPHONE CALL  ( ) CUSTODY CHANGE  ( ) PERSONAL PROBLEM  ( ) CHAPLAIN

( ✓ ) SPECIAL VISIT  ( ) TIME SHEET/RECORDS  ( ) OTHER: _____

_____

_____

BRIEFLY OUTLINE YOUR REQUEST; THEN GIVE TO C/O

I want a Specail visit set up for my Mom and Sister who cannot come to see me thru the weekdays because thay work. My Mom works in troy, and my sister works at the Cleaner Place. can you set this Visitation up for I can Notify them for next month on the 2-12-2000 which is 2½ weeks from now ahead of time

DO NOT WRITE BELOW THIS LINE _ FOR REPLY ONLY

Approved.

_____

_____

_____

_____

_____

APPROVED ( ✓ )  DENIED ( )  PAY PHONE ( )  COLLECT ( )  OTHER

_____

REQUEST DIRECTED TO: (CHECK ONE)

( ) JAILER  ( ) SHERIFF  ( ) CHIEF JAILER  ( ) RECORDS  ( ) CHAPLAIN

# COVINGTON COUNTY SHERIFFS DEPARTMENT
# INMATE REQUEST FORM

NAME: _Lawrance Phillips_ BLOCK: _B_ DATE: _1-19-2000_

( ✓ ) TELEPHONE CALL ( ) CUSTODY CHANGE ( ) PERSONAL PROBLEM ( ) CHAPLAIN

( ) SPECIAL VISIT ( ) TIME SHEET/RECORDS ( ) OTHER: _____

BRIEFLY OUTLINE YOUR REQUEST; THEN GIVE TO C/O

I Request a Personal Phone Call on my exspenses
I have phone Card in my property I want to call
my Girlfriend in Georgia who I haven't heard
from and ask about my Child who I have by her
she cannot accept Collect Calls Long Distance
because of new Area Code in Georgia I would like
to make this phone Call any day after 4:30 pm

DO NOT WRITE BELOW THIS LINE _ FOR REPLY ONLY

If we have Time,

APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

REQUEST DIRECTED TO: (CHECK ONE)

( ) JAILER ( ) SHERIFF ( ) CHIEF JAILER ( ) RECORDS ( ) CHAPLAIN

**State of Alabama**
**Unified Judicial System**

**Form C-42  Rev 8/95**

**ORDER OF RELEASE**
**FROM JAIL**

**Case Number**
_Municipal_

IN THE ___Municipal___ COURT OF ___Opp___ MUNICIPALITY

CITY OF ___Opp___ v. ___Amanda Rawlence Phillips___

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of ___

Reason for Release ___March 24, 2002 Court Announces bal $150 fine___

Date ___3-24-02___                                         By: ___

COURT RECORD (Original)    JAILER (Copy)    Judge/Clerk/Officer

LEAVE BLANK     CRIMINAL     (STAPLE HERE)     LEAVE BLANK

Phillips   LAWRENCE  PATRICK

X

423-063326





Date : September 15, 2004

Name : Lawrence Patrick Phillips     Address : 209 MLK Dr. Apt. 129

City : Opp     State : Al.     Zip Code : 36467

| D. O. B. | AGE | SEX | RACE | HGT. | WGT. | EYES | HAIR | TIME OF ARREST |
|---|---|---|---|---|---|---|---|---|
| 09/30/1979 | 24 | M | B | 5' 11" | 159 | Bro | Blk | 2030 mil. |

MARTIAL STATUS     S. S. N.     DRIVER LICENSE NO.     STATE

| M | (S) | D | W | 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 | | |
|---|---|---|---|---|---|---|

OFFENSE (S) : Assault I / Unlawful Possession of Marihuana I / Possession of Drug Paraphernalia

STATE CODE : 13A-6-20 / 13A-12-213 / 13A-12-260

SCARS, MARKS, TATTOOS Left Forearm: "Snoop" / Cross and Angel

EMPLOYER : _____ ADDRESS : _____

HOME PH : ( 334 ) 488 - 6950 WORK PH : ( ) - OCCUPATION : _____

ARRESTING OFFICER(S) : Kyser / Carnley / Joyner / Holmes

PLACE OF ARREST : 209 MLK Dr. Apt. 159  Opp, Al. 36467

ARRESTED WITH (1) ACCOMPLICE (FULL NAME) : _____

ARRESTED WITH (1) ACCOMPLICE (FULL NAME) : _____

REMARKS : Assault I Bond Amount: $100,000.00
     Unlawful Possession of Marihuana I Bond Amount: $10,000.00
     Possession of Drug Paraphernalia Bond Amount: $3,000.00

# OPP POLICE DEPARTMENT
## PRISONER PROPERTY LOG

COPY

**PRISONER'S NAME** Laurence Phillips

**DATE:** 09 / 1 5 / 0

| | | | | |
|---|---|---|---|---|
| Ammunition | Clothing | I.D. Cards | Necklace | Tie-Tack / Clip |
| Beer | Coat / Sweater | Jewelry | Neck Tie | Tobacco |
| Belt | Comb | Junk | Packages | Toilet Articles |
| Billfold | Credit Cards | Keys | Papers | Tools |
| Boots / Shoes | Driver License | Knife | Pen - Pencil | Watch |
| Books | Ear Rings | Liquor | Purse - Coins | Weapons |
| Boxes | Flashlight | Lighter | Purse-Ladies | Wiskey |
| Brief Case | Glasses | Luggage | Purse-Man | Wire |
| Camera | Gloves | Medicine | Radio-T.V. | |
| Candy | Groceries | Money Clip | Razor | |
| Check Book | Handbags | Musical Insturment | Rings | |
| Cigarettes | Hat / Cap | Nail Clippers | Suitcase | Other Items : |

## CURRENCY (BILLS)

| | | |
|---|---|---|
| $100.00 | Total | |
| $50.00 | Total | |
| $20.00 | Total | |
| $10.00 | Total | |
| $5.00 | Total | |
| $1.00 | Total | |
| TOTAL AMOUNT CURRENCY | | |
| TOTAL AMOUNT CHANGE | | |
| COMBINED TOTAL AMOUNT OF ALL CURRENCY, CHECKS AND CHANGE | | |

## CHECKS

TOTAL AMOUNT OF ALL CHECKS

I certify that the above is a correct list of items removed from my POSSESSION at the time I was placed in Jail.

**PRISONERS SIGNATURE** X

I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this 15 day of September @ 2004 at 9 : 11 ☐AM ☑PM.

**SIGNATURE OF RECEIVING OFFICER**

I have received all of the above listed property (minus any property previously released as is indicated on this receipt) on this _____ day of _____ at ____ : ____ ☐AM ☐PM.

**PRISONER'S SIGNATURE** _____

PRISONER PROPERTY SEIZED AS EVIDENCE? ☐ YES ☐ NO  IF YES, SEIZED BY _____
DESCRIBE PROPERTY _____

RELEASED ITEMS : DATE ☐☐/☐☐/☐☐ TIME ☐☐:☐☐ ☐AM ☐PM
**RELEASING OFFICER :** _____ **AGENCY :** _____
**RECEIVING OFFICER :** _____ **AGENCY :** _____

PRISONER'S JAIL REPORT

:SSN# _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_

BOOKING OFFICER _____

NAME: _Lawrence Patrick Phillips_

DATE _9-15-04_    TIME _8 30pm_

ALIAS: _____

ADDRESS _209 MLK Dr. Apt 129     Opp AL_

AGE _24_  RACE _B_  SEX _m_  EYES _Bro_    HAIR _Blk_

HGT _5'11"_ WGT _155_ DOB: _9-30-79_

PLACE OF BIRTH _Opp_

SCARS/MARKS _Tattoo, Left Forearm x2_

ARRESTING OFFICERS: _Kyser, Carroley, Holmes_

AGENCY: _Opp PD_

OFFENSE: _Assault I     P O M I_

STATUS: _____  NEXT OF KIN: _Ester Mae thompson  493-3370_

PHONE NUMBER _488-6950_

SENTENCE BEGINS: _____

ENDS: _____

HOLDS: _____

BEHAVIOR _____

HOW RELEASED _____

DATE: _____  TIME: _____

RELEASING OFFICER: _____


REMARKS _POM I    16,100.00_
_PODP   3,000.00  +  Assault I  160,100.00_

| Covington County Sheriff<br><br>Printed: Thu Sep 16, 2004 | **INMATE SUMMARY**<br>LAWRENCE PATRICK PHILLIPS (S423063326) | Booking Number<br>200006045 |
|---|---|---|
| | | Booking Date<br>SEPTEMBER 15th, 2004 |

| Section<br>HOLDING | Block | Cell | Bed | Social Security Number<br>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 | Alias<br>LIZARD | Est Release Date |
|---|---|---|---|---|---|---|

| Address | **104 BAILEY ST.**<br>**OPP AL 36467** | Home Telephone |
|---|---|---|

| Sex<br>M | Date of Birth<br>1979-09-30 | Age<br>24 | Height<br>6' 02" | Weight<br>162 | Race<br>BLACK | Eyes<br>BROWN | Hair<br>BLACK |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | Tag Year |
|---|---|---|---|---|

| Next of Kin | **ESTER MAE THOMPSON**<br>**OPP AL 36467** | NOK Telephone<br>(334) 493-2270 |
|---|---|---|

| Charge(s) | POM I 10,000.00, PODP 3,000.00<br>ASSAULT I, 100,000.00 | Bond | TOTAL<br>113,000.00 | Arresting Officer |
|---|---|---|---|---|

| Jailor<br>CJ006 BLUE, BILL | Release Date | Time | Releasing Officer |
|---|---|---|---|

## MEDICAL

| ADVISORY | Medication | | Dosage | | Doses/Day | Date Ends | Times | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| DISPENSED | Date Dispensed | Time | Medication | | Dosage | | Date Dispensed | Time | Medication | | Dosage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |

| NOTES | Doctor<br>NO | Medications<br>NO |
|---|---|---|
| | Special Diet<br>NO | Drug Allergies<br>NO |
| | Other   **ASTHMA EMPHYSEMA** | |

## PROPERTY

| RECEIVED | **WHT/TEE SHIRT, BLUEJEANS, WHT/TENNIS SHOES** |
|---|---|
| RETURNED | . |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| 1̲ Yes | 1̲ Yes |
| 2̲ No | 2̲ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 2 3 0 2 0 0 | OPP POLICE DEPARTMEN | 0 4 0 0 9 0 1 0 4 | |

5 LAST, FIRST, MIDDLE NAME: **PHILLIPS, LAWRENCE P**
6 ALIAS AKA: **LIZARD**

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 | 14 | | |
|---|---|---|---|---|---|---|---|---|---|
| 1̲ M 2 F | 1 W 2 B 3 A | 5'10" | 157 | BRO | BLK | | | 1̲ SCARS  2̲ MARKS  3̲ TATOOS  4̲ AMPUTATIONS | |

15 PLACE OF BIRTH (CITY, COUNTY, STATE)

| 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|
| 4 2 3 - 0 6 - 3 3 2 6 | 0 9 3 0 7 9 | 024 | S423063326 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS | | | | | | | F152953 | AL |
| | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 1̲ RESIDENT  2̲ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 129 CANNON DR OPP, AL 36467 | 28 RESIDENCE PHONE (334) 493-7582 | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) UNEMPLOYED | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) OPP, AL 36467 | | 32 BUSINESS PHONE |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) OPP POLICE DEPARTMENT 106 MAIN ST NORTH  OPP, AL 36467 | 34 SECTOR N | 35 ARRESTED FOR YOUR JURISDICTION?  1̲ YES  2̲ NO  1 IN STATE  2 OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF | 1̲ DRUNK | 2̲ SOBER | 37 RESIST ARREST? | 38 INJURIES?  1̲ NONE | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|---|---|
| ARRESTEE: | 1̲ DRINKING | 2̲ DRUGS | 1̲ YES  2̲ NO | 2 OFFICER  3 ARRESTEE | 1̲ Y  2̲ N | 1̲ HANDGUN  4̲ OTHER FIREARM  2̲ RIFLE  5̲ OTHER WEAPON  3̲ SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 9 1 5 0 4 | 08:30  1̲ AM 2 PM 3 MIL | S M T W T̲ F S 1 2 3 4 5 6 7 | 1̲ ON VIEW  2 CALL  3 WARRANT | 1̲ YES  2̲ NO  3̲ UNKNOWN |

| 46 CHARGE - 1 | 1̲ FEL 2̲ MISD | 47 UCR CODE | 48 CHARGE - 2 | 1̲ FEL 2̲ MISD | 49 UCR CODE |
|---|---|---|---|---|---|
| AGG. ASSAULT NON-FAMILY GUN | | 1305 | MARIJUANA-POSSESSION 1 | | 3562 |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 013A-06-0020 | | | 013A-12-0213 | | |

| 56 CHARGE - 3 | 1̲ FEL 2̲ MISD | 57 UCR CODE | 58 CHARGE - 4 | 1̲ FEL 2̲ MISD | 59 UCR CODE |
|---|---|---|---|---|---|
| | | | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| 1̲ HELD  2̲ BAIL  3̲ RELEASED  4̲ TOT · LE  5̲ OTHER | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| 78 VIN | | | | 79 IMPOUNDED?  1̲ YES 2̲ NO | 80 STORAGE LOCATION/IMPOUND # | | |

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

1̲ CONTINUED IN NARRATIVE

## JUVENILE

| 82 JUVENILE DISPOSITION: | 1̲ HANDLED AND RELEASED  2̲ REF. TO JUVENILE COURT | 3̲ REF. TO WELFARE AGENCY  4̲ REF. TO OTHER POLICE AGENCY | 5̲ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|
| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | | 85 ADDRESS (STREET, CITY, STATE, ZIP) | | 86 PHONE |
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | | 90 PHONE |

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y  1̲ AM 2̲ PM 3̲ MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE 1̲ YES  2̲ NO  3̲ PARTIAL | 99 PROPERTY NOT RELEASED / HELD AT: | 100 PROPERTY # |
|---|---|---|

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

LOCAL USE

STATE USE

102 SIGNATURE OF RECEIVING OFFICER

103 SIGNATURE OF RELEASING OFFICER

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|
| 111 ARRESTING OFFICER (LAST, FIRST, M.) BLUE, JASON | | 112 ID # 00321 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
| | | | | | ID # | | ID # |

AC-UC 34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST 0 9 1 5 0 4 | 08:30 | AM ■ PM Z MIL | 118 CASE # 0 4 0 0 9 0 1 0 4 | 119 SFX |
|---|---|---|---|---|---|

ON THE ABOVE DATE AND TIME LAWRENCE PHILLIPS WAS AT HIS GIRLFRIEND HOUSE (JULIE LAWRENCE ) AT 129 CANNON DRIVE WHEN

LETTERRON D'JON STOUDEMIRE AKA DOONA CAME OVER TO THE APARTMENT . LAWRENCE AND DOONA GOT INTO A FUSS OVER A DOPE

DEAL. DOONA SAID THAT HE WAS SHORTED $20.00 ON SOME DOPE . LAWRENCE STATES THAT HE TOLD HIM TO LEAVE BUT HE WOULDN'T

AND HE THOUGHT THAT HE WAS GOING TO ROB HIM SO HE HE WENT INOT THE BEDROOM AND GOT A GUN AND CAME OUT AND SHOT DOONA

N A R R A T I V E

N A R R A T I V E

N A R R A T I V E

CONTINUE ON ADDITIONAL SUPPLEMENT

TYPE OR PRINT IN BLACK INK ONLY

| Covington County Sheriff<br><br>Printed: Thu Sep 16,2004 | **INMATE PROPERTY LOG**<br>LAWRENCE PATRICK PHILLIPS (S423063326) | Booking Number<br>**200006045**<br>Booking Date<br>**SEPTEMBER 15th, 2004** |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | | Quantity | Property Received |
|---|---|---|---|---|
| 1 | WHT/TEE SHIRT | | | |
| 1 | BLUEJEANS | | | |
| 1 | WHT/TENNIS SHOES | | | |
| 1 | BROWN BELT | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes    PROPERTY IN BOX 42

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature X _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _Dill Blu CJCoL_ Date: _9-15-04_ Time: _2355_

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.
Inmate's Signature _____ Date: _10-18-04_ Time: _11:25_
Officers's Signature _David Whitt_ Date: _10-18-04_ Time: _11:25_

# INMATE DATA

| Covington County Sheriff | | | | | | Booking Number |
|---|---|---|---|---|---|---|
| Printed: Mon Oct 18,2004 | | | | | | 200006045 |

LAWRENCE PATRICK PHILLIPS (S423063326)

**Booking Date**
**SEPTEMBER 15th, 2004**

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| A-BLOCK | | | | 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 | LIZARD | |

| Address | | Home Telephone |
|---|---|---|
| | 104 BAILEY ST. | |
| | OPP AL 36467 | |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1979-09-30 | 25 | 6' 02" | 162 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telelphone |
|---|---|
| ESTER MAE THOMPSON | |
| OPP AL 36467 | (334) 493-2270 |

| Charge(s) | Bond |
|---|---|
| POM I 10,000.00,PODP 3,000.00 | |
| ASSAULT I, 100,000.00 | **TOTAL 113,000.00** |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ006 BLUE, BILL | CJ006 BLUE, BILL | CJ006 BLUE, BILL |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| ARREST | Y | N |

| Arrest Case Number | DNA Sample By |
|---|---|
| 42 | |

| Agency Arrested For | Arresting Officer |
|---|---|
| COV. COUNTY | |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Release Officer |
|---|---|---|
| 2004-10-18 | 11:27 | CJ002 NELSON, DORENE |

| Notes |
|---|
| KYSER,CARNLEY,HOLMES ARRESTING OFFICERS |
| BROUGHT IN BY OPD |
| PROPERTY BOND |

| State of Alabama Unified Judicial System Form CR-11 Rev. 8/92 | ORDER OF COMMITMENT TO JAIL | Case Number MC04-0000243 (Multiple) |
|---|---|---|

IN THE _____ **MUNICIPAL** _____ COURT OF _____ **COVINGTON** _____ COUNTY

☐ STATE OF ALABAMA  ☒ MUNICIPALITY OF _____ **OPP** _____

v. _____ **LAWRENCE PATRICK PHILLIPS** _____ , Defendant

TO THE JAILER OF ___ **COUNTY JAIL** _____

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of _____ **NOISE ORDINANCE VIOLATION; DWR** _____ .

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: ___ ORDERED TO SERVE OUT FINES/COSTS $1100.00 AT $15 DAY TO RUN CONCURRENT

BEGINNING 9/28/04 ........ ENDING 1/26/05 8:30 AM ..IF DEF IS RELEASED ON STATE CHARGES BEFORE 1/26/05 PLEASE

NOTIFY OPP MUNICIPAL COURT (amended 10-14-04 p.p)

Sentence: ___ **SERVE OUT FINES/COSTS** _____

| Date Sentenced 2004-09-28 | Jail Credit | Date Sentence Begins 2004-09-28 |
|---|---|---|

## IDENTIFICATION OF DEFENDANT

| Name of Defendant **LAWRENCE PATRICK PHILLIPS** | | | | | Telephone Number **(334) 493-7582** | |
|---|---|---|---|---|---|---|
| Social Security Number **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** | Date of Birth **1979-09-30** | Age **25** | Race **BLACK** | Sex **M** | Height **5' 10"** | |
| Weight **157** | Hair **BLACK** | Eyes **BROWN** | Other | | | |
| Address **104 BAILEY ST** | | City **OPP** | | | State **AL** | Zip Code **36467** |
| Name of Employer **UNEMPLOYED** | | | | Employer's Telephone Number | | |
| Address | | City | | | State | Zip Code |

Additional Case(s): TR01-0000205   TR03-0000027   TR04-0000569

9/28/04   Amended 10/14/04 p.p.    _____ Canford

Date _____   Judge/City Magistrate

| Covington County Sheriff | INMATE DATA | Booking Number |
|---|---|---|
| Printed: Wed Dec 29 LAWRENCE PATRICK PHILLIPS (S423063326) | | 200006725 |

**Booking Date**
DECEMBER 29th, 200

| Section | Block | Cell | Bed | Social Security Number | AKA | Est Release Da |
|---|---|---|---|---|---|---|
| A-BLOCK | | | | 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 | LIZARD | |

| Address | BARNES STREET | | Home Telephone |
|---|---|---|---|
| | OPP  AL  36467 | | |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1979 09 30 | 25 | 6' 02" | 162 | BLACK | BROWN | BLACK |

| Drivers License | | Class | Vehicle Tag | Tag Year |
|---|---|---|---|---|

| Next of Kin | NOK Telephone |
|---|---|

| Charge(s) | Bond |
|---|---|
| GJI (ATTEMPTED MURDER, POM 1, PODP) | $200,000 |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ012 PORTREY, CLIFF | CJ012  PORTREY, CLIFF | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| ARREST | Y | N |

| Arrest Case Number | DNA Sample By |
|---|---|
| SMALL 211 | |

| Agency Arrested For | Arresting Officer |
|---|---|
| COV. COUNTY | 02316  INABINETT, CHRIS |

| Agency Hold For |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

**Notes**

C. INABINETT WILL CALL AND BREAK DOWN THE BOND AMOUNTS AT A
LATER TIME.

0900. THIS IS STATED ON THE WARRANT
INMATE HAS TO GO TO CIRCUIT COURT ON JANUARY 10TH, 2005 AT
CIRCUIT COURT SAID ALL CHARGES ONE BOND $200,000

| Covington County Sheriff | INMATE PROPERTY LOG | | Booking Number 200006725 |
|---|---|---|---|
| Printed: Wed Dec 29 LAWRENCE PATRICK PHILLIPS (S423063326) | | | Booking Date DECEMBER 29th, 200 |

| Currency $75.00 | Change $1.00 | Checks | Food Stamps | Total Received $76.0 |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 8 | 2 DOLLAR BILLS | | |
| 1 | LIGHTER | | |
| 1 | GREY SHIRT | | |
| 1 | PAIR BLUE DICKIES | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes INMATE ASKED FOR 2 DOLLAR BILLS TO BE LEFT, THEY ARE ANTIQUES FROM HIS D

I certify that the above is a correct listing of items removed from my posses
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her pro
Officers's Signature _____ Date: _____ Time: _____

### ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any prope
on this receipt.
Inmate's Signature _____ Date: 12/30/04 Time: _____
Officers's Signature _____ Date: _____ Time: _____

COPY

| State of Alabama<br>Unified Judicial System<br>Form CR-41   Rev. 8/92 | ORDER OF COMMITMENT TO JAIL | Case Number<br>TR05-0000407 |
|---|---|---|

IN THE _____**MUNICIPAL**_____ COURT OF _____**COVINGTON**_____ COUNTY

☐ STATE OF ALABAMA   ☒ MUNICIPALITY OF _____**OPP**_____

v.   **LAWRENCE PATRICK PHILLIPS** _____ , Defendant

TO THE JAILER OF ___**COUNTY JAIL**___

You are ordered to receive into your custody the above-named defendant, charged with the

offense(s) of ___**UNDER THE INFLUENCE OF ALCOHOL 2ND OFF**___

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: ___**MANDATORY 5 DAYS FOR DUI 2ND ---BEGINNING 8/8/05 ~~9:00~~ 10:10 A.M.**___

-------**ENDING 8/13/05 ~~9:00~~ 10:10 A.M.**

Sentence: ___**5 DAYS**___

| Date Sentenced<br>2005-08-02 | Jail Credit | Date Sentence Begins<br>2005-08-08 |
|---|---|---|

### IDENTIFICATION OF DEFENDANT

| Name of Defendant<br>**LAWRENCE PATRICK PHILLIPS** | | | | | | Telephone Number<br>**(334) 493-7582** | |
|---|---|---|---|---|---|---|---|
| Social Security Number<br>**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** | | Date of Birth<br>**1979-09-30** | Age<br>**25** | Race<br>**BLACK** | Sex<br>**M** | Height<br>**5' 10"** | |
| Weight<br>**157** | Hair<br>**BLACK** | Eyes<br>**BROWN** | Other | | | | |
| Address<br>**1005 BARNES ST  #6** | | | City<br>**OPP** | | | State<br>**AL** | Zip Code<br>**36467** |
| Name of Employer<br>**UNEMPLOYED** | | | | Employer's Telephone Number | | | |
| Address | | | City | | | State | Zip Code |

**8/3/05**
Date

*Dixie Dasford*
Judge/Clerk/Magistrate

COURT RECORD (Original)       JAILER (Copy)

PRISONER'S JAIL REPORT

SSN# 423 - 06 - 3326

BOOKING OFFICER _____

NAME: Lawrence Patrick Phillips

DATE 08-08 05 TIME 10:10 Am

ALIAS Lizzard

ADDRESS 1005 Barnes St. Lot # 6 , Opp, Al

AGE 25 RACE B SEX M EYES Bro HAIR Blk

HGT 5-10 WGT 200 DOB: 09-30-79

PLACE OF BIRTH Opp. Co. Al

SCARS/MARKS _____

ARRESTING OFFICERS: _____

AGENCY: Opp Police Dept

OFFENSE: Serving 5 Days For 2nd DUI

STATUS: _____ NEXT OF KIN: _____

PHONE NUMBER 334-493-7582

SENTENCE BEGINS: 08-08-05

ENDS _____

HOLD _____

BEHAVIOR _____

HOW RELEASED _____

DATE: _____ TIME: _____

RELEASING OFFICER: _____

REMARKS _____

| Covington County Sheriff<br><br>Printed: Mon Aug 08, 2005 | # MEDICAL SCREENING FORM<br>LAWRENCE PATRICK PHILLIPS (S423063326) | Booking Number<br>**200008532**<br>Booking Date<br>**AUGUST 8th, 2005** |

## ADMISSION OBSERVATIONS

| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? | (Y) N |
|---|---|---|---|---|---|
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? | Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? | (Y) N |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? | Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | | |

Observations

**SUBJECT SEEMS TO BE IN GOOD HEALTH AT TIME OF INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
|---|---|---|---|---|---|
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address

**NONE**

Health Insurance

**NONE**

Special Diet

**NONE**

Prescriptions/Medications

**NONE**

Drug Allergies

**NONE KNOWN**

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

CJ017  MILLER, J.D.

| Covington County Sheriff | **INMATE DATA** | Booking Number **200008532** |
|---|---|---|
| Printed: Mon Aug 08, 2005 | LAWRENCE PATRICK PHILLIPS (S423063326) | Booking Date **AUGUST 8th, 2005** |

| Section **HOLDING** | Block | Cell | Bed | Social Security Number **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** | Alias **LIZARD** | Est Release Date |
|---|---|---|---|---|---|---|

| Address | 10G5 BARNES ST LOT #6 | Home Telephone |
|---|---|---|
| | OPP AL 36467 | (334) 493-2270 |

| Sex **M** | Date of Birth **1979-09-30** | Age **25** | Height **6' 02"** | Weight **162** | Race **BLACK** | Eyes **BROWN** | Hair **BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | | Tag Year |
|---|---|---|---|---|---|

| Next of Kin **ESTHER THOMPSON** | NOK Teleiphone **(334) 493-2270** |
|---|---|

| Charge(s) **SERVING 5 DAYS FOR DUI** | Bond **NONE** |
|---|---|

| Jailer **CJ017 MILLER, J.D.** | Photo Taken By **CJ017 MILLER, J.D.** | Fingerprinted By |
|---|---|---|

| Admission Type **ARREST** | Phone Call **Y** | NCIC Check **N** |
|---|---|---|

| Arrest Case Number **BAG W/NAME** | DNA Sample By |
|---|---|

| Agency Arrested For **OPP** | Arresting Officer **00132 LOGAN, JENKINS** |
|---|---|

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes

**CAN BE RELEASED AT 10:10 ON 8/13/05**

**PROPERTY IN BAG WITH NAME IN PROPERTY ROOM**

| Covington County Sheriff  Printed: Sat Aug 13, 2005 | **INMATE DATA**  LAWRENCE PATRICK PHILLIPS (S423063326) | Booking Number **200008532**  Booking Date **AUGUST 8th, 2005** |
|---|---|---|

| Section **A-BLOCK** | Block | Cell | Bed | Social Security Number **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** | Alias **LIZARD** | Est Release Date |
|---|---|---|---|---|---|---|

| Address **1005 BARNES ST LOT #6**  **OPP AL 36467** | Home Telephone **(334) 493-2270** |
|---|---|

| Sex **M** | Date of Birth **1979-09-30** | Age **25** | Height **6' 02"** | Weight **162** | Race **BLACK** | Eyes **BROWN** | Hair **BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | | Tag Year |
|---|---|---|---|---|---|

| Next of Kin **ESTHER THOMPSON** | NOK Telephone **(334) 493-2270** |
|---|---|

| Charge(s) **SERVING 5 DAYS FOR DUI** | Bond **NONE** |
|---|---|

| Jailer **CJ017  MILLER, J.D.** | Photo Taken By **CJ017  MILLER, J.D.** | Fingerprinted By |
|---|---|---|

| Admission Type **ARREST** | Phone Call **Y** | NCIC Check **N** |
|---|---|---|

| Arrest Case Number **RED 160** | DNA Sample By |
|---|---|

| Agency Arrested For **OPP** | Arresting Officer **00132  LOGAN, JENKINS** |
|---|---|

| Agency Hold For |
|---|

| Release Date **2005-08-13** | Release Time **10:10** | Release Officer **CJ011  MILLER, BROOKE** |
|---|---|---|

Notes

**CAN BE RELEASED AT 10:10 ON 8/13/05**
**PROPERTY IN RED 160 IN PORPERTY ROOM**
**TIME SERVED**

| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number<br>200008532 |
|---|---|---|
| Printed: Mon Aug 08,2005 | LAWRENCE PATRICK PHILLIPS (S423063326) | Booking Date<br>**AUGUST 8th, 2005** |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | | Quantity | Property Received | |
|---|---|---|---|---|---|
| 1 | **PACK OF CIGS** | | | | |
| 1 | **LIGHTER** | | | | |
| 1 | **PAIR CAMO SHORTS** | | | | |
| 1 | **PAIR BLACK SHOES** | | | | |
| 1 | **WHITE SHIRT** | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Notes    PROPERTY IN BAG WITH NAME IN PROPERTY ROOM

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature X _____ Date: 8/13/05 Time: 1010

Officers's Signature _____ Date: 8/13/05 Time: 1010

# INMATE PROPERTY LOG

Covington County Sheriff

Printed: Fri Aug 26,2005

LAWRENCE PATRICK PHILLIPS (S423063326)

Booking Number
200008673

Booking Date
AUGUST 26th, 2005

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| $100.00 | | | | $100.00 |

| Quantity | Property Received | Quantity | Property Received | |
|---|---|---|---|---|
| 1 | WHITE/BLUE SHIRT | | | |
| 1 | BROWN BELT | | | |
| 1 | PAIR BLUE JEANS | | | |
| 1 | PAIR WHITE SHOES | | | |
| 1 | BLUE SHIRT | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____ Date: _____ Time: _____

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

| Covington County Sheriff<br><br>Printed: Fri Aug 26, 2005 | **MEDICAL SCREENING FORM**<br>LAWRENCE PATRICK PHILLIPS (S423063326) | Booking Number<br>**200008673**<br>Booking Date<br>**AUGUST 26th, 2005** |

## ADMISSION OBSERVATIONS

| | | | | |
|---|---|---|---|---|
| Is inmate conscious? | (Y) N | Is inmate capable of responding? | (Y) N | Can inmate walk on own? — (Y) N |
| Any difficulty breathing? | Y (N) | Is inmate hostile/aggressive? | Y (N) | Any visible signs of trauma, bleeding, wounds or illness? — Y (N) |
| Did arrest result in injury? | Y (N) | Any fever, swollen lymph nodes, or jaundice? | Y (N) | Is skin in good condition and free of vermin? — (Y) N |
| Is inmate under obvious influence of alcohol? | Y (N) | Is inmate under obvious influence of drugs? | Y (N) | Any visible signs of alcohol or drug withdrawal symptons? — Y (N) |
| Does inmate suggest risk of suicide? | Y (N) | Do you consider inmate an escape risk? | Y (N) | |

Observations
**SUBJECT SEEMS TO BE IN GOOD HEALTH AT TIME OF INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y (N) | Heart Disease | Y (N) | Mental/Emotional Upset | Y (N) |
| Tuberculosis | Y (N) | Hypertension | Y (N) | Attempted Suicide | Y (N) |
| Sexually Transmitted Disease | Y (N) | Epilepsy/Convulsions | Y (N) | Asthma/Emphysema | Y (N) |
| Ulcers | Y (N) | Hemophiliac (bleeder) | Y (N) | Cancer | Y (N) |
| Kidney Trouble | Y (N) | Aids/Exposed to Aids | Y (N) | Diabetes | Y (N) |
| DT's | Y (N) | Skin Problems | Y (N) | Use Insulin | Y (N) |
| Drug Addiction | Y (N) | Alcholism | Y (N) | Mental Illness | Y (N) |
| Recent Head Injury | Y (N) | Coughed/Passed Blood | Y (N) | Recent Hospital Patient | Y (N) |
| Recent Treatment | Y (N) | Use Needles | Y (N) | False Limbs/Teeth | Y (N) |
| Contagious Disease | Y (N) | Pregnant/Recent Delivery | Y (N) | | |

Doctors Name and Address
**NONE**

Health Insurance     .
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**NONE**

Drug Allergies
**NONE KNOWN**

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
CJ017  MILLER, J.D.

| Covington County Sheriff | **INMATE DATA** | Booking Number |
|---|---|---|

**Covington County Sheriff**

Printed: Fri Aug 26, 2005

# INMATE DATA

## LAWRENCE PATRICK PHILLIPS (S423063326)

Booking Number
**200008673**

Booking Date
**AUGUST 26th, 2005**

| Section **HOLDING** | Block | Cell | Bed | Social Security Number **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** | Alias **LIZARD** | Est Release Date |
|---|---|---|---|---|---|---|

| Address **104 BAILEY ST** **OPP AL 36467** | | | | | Home Telephone **(334) 493-2270** |
|---|---|---|---|---|---|

| Sex **M** | Date of Birth **1979-09-30** | Age **25** | Height **6' 02"** | Weight **162** | Race **BLACK** | Eyes **BROWN** | Hair **BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | | Class | Vehicle Tag | Tag Year |
|---|---|---|---|---|

| Next of Kin **ESTHER MAE THOMPSON** | NOK Telephone **(334) 493-2270** |
|---|---|

| Charge(s) **HOLD FOR COURT UNTIL SENTENCING** | Bond **NONE** |
|---|---|

| Jailer **CJ017 MILLER, J.D.** | Photo Taken By **CJ017 MILLER, J.D.** | Fingerprinted By |
|---|---|---|

| Admission Type **ARREST** | Phone Call **Y** | NCIC Check **N** |
|---|---|---|

| Arrest Case Number | DNA Sample By |
|---|---|

| Agency Arrested For **COV. COUNTY** | Arresting Officer **02320 DUFFELLI, CHAD** |
|---|---|

| Agency Hold For |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

**Notes**

WAS FOUND GUILTY AND WAS BOUND OVER TO BE HELD UNTIL
SENTENCE HEARING
DOES NOT NEED TO BE IN THE SAME BLOCK WITH LETTERON

STOUDEMIRE.

# Covington County Sheriff's Office

**Anthony Clark, Sheriff**
290 Hillcrest Drive
Andalusia, AL 364 ?0
Office (334) 428-2640
Fax (334) 428-2654



*Monday — Friday only*

EFFECTIVE AUGUST 12. 2005 THE COVINGTON COUNTY INMATES WILL BE ALLOWED THE FOLLOWING ITEMS.

| MALES | FEMALES |
|---|---|
| 3 T SHIRTS | 3 BRAS NO UNDER WIRE |
| 3 PAIRS OF UNDERWEAR | 3 PAIRS OF PANTIES FULL CUT |
| 3 PAIRS OF SOCKS | 3 PAIRS OF SOCKS |

THEY ARE ALSO ALLOWED 2 PAPERBACK CROSSWORD/WORD SEARCH BOOKS AND 2 PAPERBACK NOVELS. THESE NOVELS MUST BE IN GOOD TASTE IN MORALS VALUES. ALL CLOTHING MUST BE SOLID WHITE. PLEASE LABEL ALL MERCHANDISE WITH THE INMATES PROPER NAME. THESE WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE LAST TIME.

I _Courtney Matthews_ AM LEAVING THE FOLLOWING ITEMS FOR _Lawrence Phillips_ . I UNDERSTAND THAT ONCE THESE ITEMS ARE GIVEN TO THE INMATE THE COVINGTON COUNTY JAIL IS NOT RESPONSIBLE FOR THE ITEMS IF THEY ARE LOST OR STOLEN.

_Courtney Matthews_

DATE: _August 29, 2005_

CORRECTIONAL OFFICER RECEIVING MERCHANDISE
_____

INMATE SIGNATURE _____

DATE: _____

_Anthony Clark_

# PROPERTY RELEASE FORM

I _Reginald Phillps_ DO HEREBY GIVE MY PERMISSION FOR MY PROPERTY HERE AT THE COVINGTON COUNTY JAIL TO BE PICKED UP BY _Chalbaka Thomas_ . I UNDERSTAND THAT IF IT IS NOT PICKED UP WITHIN FOURTEEN DAYS FROM THIS DATE THAT IT WILL BE DISPOSED OF BY THE COVINGTON COUNTY JAIL.

INMATE _____                    $20.00

WITNESS _____

DATE _____ 09-10-05

PROPERTY PICKED UP BY: _____

DATE _____ 09-10-05



**SOUTHERN HEALTH PARTNERS**

# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name: _PHILLIPS, LAWRENCE_    Cell # _A-B1UCK_

SS# _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_   DOB _9.30-79_   (Male) or Female

Date of TB Skin test: _9/10/05_   Done by Nurse: _Mitchel_

Previous Positive: YES or NO    Previous Therapy: YES or NO

**TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION:**

Date TB Skin test was read _9/13/05_   Done by Nurse _____

Number mm: _O_   Referral for Chest X-ray: YES or NO   If yes, Date of CXR: _____

Comments _____

Covington County Sheriff's Office

Anthony Clark, Sheriff

Hillcrest Drive
Andalusia, AL 36420
ce (334) 428-2640
(334) 428-2654

**Monday – Friday only**

EFFECTIVE AUGUST 12, 2005 THE COVINGTON COUNTY INMATES WILL BE
ALLOWED THE FOLLOWING ITEMS.

MALES

3 T SHIRTS
3 PAIRS OF UNDERWEAR
3 PAIRS OF SOCKS

FEMALES

3 BRAS NO UNDER WIRE
3 PAIRS OF PANTIES FULL CUT
3 PAIRS OF SOCKS

THEY ARE ALSO ALLOWED 2 PAPERBACK CROSSWORD/WORD SEARCH
BOOKS AND 2 PAPERBACK NOVELS. THESE NOVELS MUST BE IN GOOD
TASTE IN MORALS VALUES. ALL CLOTHING MUST BE SOLID WHITE.
PLEASE LABEL ALL MERCHANDISE WITH THE INMATES PROPER NAME.
THESE WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE
LAST TIME.

I _Courtney Matthews_ AM LEAVING THE FOLLOWING ITEMS
FOR _Lawrence Phillips_. I UNDERSTAND THAT ONCE THESE
ITEMS ARE GIVEN TO THE INMATE THE COVINGTON COUNTY JAIL IS NOT
RESPONSIBLE FOR THE ITEMS IF THEY ARE LOST OR STOLEN.

_Courtney Matthews_

DATE: _9-27-05_

CORRECTIONAL OFFICER RECEIVING MERCHANDISE

INMATE SIGNATURE

DATE:

STATE OF ALABAMA,    &ast;  IN THE CIRCUIT COURT OF

  PLAINTIFF,    &ast; COVINGTON COUNTY, ALABAMA

VS.         &ast; CASE NO.  CC-2005-09
               FILED IN OFFICE

LAWRENCE PATRICK PHILLIPS, &ast;

  DEFENDANT.    &ast;  OCT 0 6 2005

       **ORDER**    _Roy S. Powell_
               CLERK

  This being the day regularly set for the sentencing of Defendant, and the Defendant having been tried by jury and found guilty on the 31st day of August, 2005, of the offenses of Assault in the First Degree under Count One of the indictment; Unlawful Possession of Marijuana in the First Degree under Count Two of the indictment; Unlawful Possession of Drug Paraphernalia under Count Three of the indictment and the Defendant being personally present and represented by Honorable Rod Sylvester and the State being represented by the District Attorney, Honorable Greg Gambril, and the report of the pre-sentence investigation ordered by the Court having been presented to the Court and the Defendant, the Court proceeded with the sentence hearing during which the Defendant testified as did other witnesses called by the Defendant.

  Following the testimony, the Court asked the Defendant if he had anything to say as to why the judgment of the Court and the sentence of the law should not be pronounced and imposed upon him to which the respondent answered in the negative. Whereupon, the Court adjudged and sentenced the Defendant as follows:

  (1)  Defendant was adjudged guilty of Assault in the First

Degree, as a lesser included offense under Count One of the indictment and sentenced to twenty (20) years imprisonment in the Penitentiary of Alabama which includes the mandatory ten years for use of a firearm and a fine in the amount of $1,000.00 is imposed upon him.

(2)  Defendant was adjudged guilty of Possession of Marijuana in the First Degree under Count Two of the indictment and sentenced to five (5) years imprisonment in the Penitentiary of Alabama, a User's Fee in the amount of $1,000.00 is imposed upon him pursuant to Act 90-655 and a fine in the amount of $1,000.00 is imposed upon him.

(3)  Defendant was adjudged guilty of Possession of Drug Paraphernalia under Count Three of the indictment and sentenced to one (1) year in the Covington County, Alabama Jail and a fine in the amount of $1,000.00 is imposed upon him.

(4)  Said sentences are to run consecutively with each other.

(5)  Defendant is to pay all Court costs, including the fees of his Court appointed attorney, Victim's Compensation Fund in the amount of $500.00, $100.00 to the Forensic Trust Fund and any other assessments required by law.

(6)  Defendant is to receive credit for any time incarcerated on these charges.

(7)  Defendant is directed to undergo substance abuse evaluation by the Court Referral Officer and to attend the court referral program thereupon recommended.

(8)  Defendant is ordered to surrender his driver's license to the State Department of Public Safety who shall suspend or revoke

FILED IN OFFICE

OCT 0 6 2005

Roy A. Powell

same for six (6) months by reason of this judgment, pursuant to the plea agreement and as required bylaw.

The Defendant gave oral notice of appeal. The Court adjudged the Defendant to be indigent and appointed Honorable Rod Sylvester to represent Defendant on appeal and ordered a free transcript for the Defendant by the Clerk and the Court Reporter.

Defendant's request for an appeal bond was Denied.

Done and Ordered this 5 day of October, 2005.


CHARLES A. SHORT
CIRCUIT JUDGE

F___ ___ OFFICE

OCT 0 6 2005

CLERK

ACR359

**ALABAMA JUDICIAL DATA CENTER**
**COVINGTON COUNTY**
**TRANSCRIPT OF RECORD**
**CONVICTION REPORT**

CC 2005 000009.00 01
CHARLES A. SHORT

---

CIRCUIT COURT OF COVINGTON COUNTY | COURT OPI: 023015 J

STATE OF ALABAMA      VS.
PHILLIPS LAWRENCE PATRICK ALIAS:
1005 BARNES STREET          ALIAS:
OPP  AL  36467

DC NO: GJ 2004 400263.00
G J:    263-265
SSN:   423063326
SID:   000000000
AIS:   000000

---

DOB:  09/30/1979   SEX: M   HT: 6 00   WT: 151   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____ AGE: _____ FEATURES: _____

---

DATE OFFENSE: 09/15/2004   ARREST DATE: 09/27/2004   ARREST ORI: 0230800

---

CHARGES @ CONV      CITES              CT CL COURT ACTION           CA DATE
ASSAULT 1ST DEGREE 13A-006-020         01 B  CONVICTED              08/26/2005

---

JUDGE: CHARLES A. SHORT          PROSECUTOR: LOGGINS EUGENIA L

---

PROBATION APPLIED   GRANTED   DATE            REARRESTED DATE   REVOKED   DATE
( )Y(✓)N _____   ( )Y( )N _____    ( )Y( )N _____    ( )Y( )N _____

---

15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL     JAIL CREDIT
( )Y (X)N   CONFINEMENT:   20 00 000   00 00 000   20 00 000   00 00 039
            PROBATION  :   00 00 000               00 00 000
DATE SENTENCED: 10/05/2005   SENTENCE BEGINS: 10/05/2005

---

PROVISIONS                    COSTS/RESTITUTION

|  |  | DUE | ORDERED |
|---|---|---|---|
| VDOB=06231976 | RESTITUTION | $0.00 | $0.00 |
| PENITENTIARY | ATTORNEY FEE | $1336.85 | $1336.85 |
| CONSECUT SENT | CRIME VICTIMS | $500.00 | $500.00 |
| | COST | $1154.00 | $1154.00 |
| | FINE | $3000.00 | $3000.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $1100.00 | $1100.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $7090.85 | $7090.85 |

---

APPEAL DATE       SUSPENDED        AFFIRMED           REARREST
(✓)Y( )N 10-5-05   ( )Y(✓)N _____  ( )Y( )N _____   ( )Y( )N _____

---

REMARKS:

20 year sentence includes the mandatory 10 years for use of a firearm

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

_Roger A Powell_ (signature)

ROGER A POWELL

10/06/2005

---

OPERATOR: ROP
PREPARED: 10/06/2005

COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2005 000009.00 02
CHARLES A. SHORT

| CIRCUIT COURT OF COVINGTON COUNTY | COURT ORI: 023015 J |

STATE OF ALABAMA        VS.
PHILLIPS LAWRENCE PATRICK ALIAS:
1005 BARNES STREET        ALIAS:
OPP  AL  36467

DC NO: GJ 2004 400263.00
G J:     263-265
SSN:    423063326
SID:    000000000
AIS:    000000

DOB: 09/30/1979    SEX: M  HT: 6 00    WT: 151    HAIR: BLK    EYE: BRO
RACE: ( )W (X)B ( )O    COMPLEXION: _____    AGE: ____    FEATURES: _____

DATE OFFENSE: 09/15/2004    ARREST DATE: 09/27/2004    ARREST ORI: 0230800

CHARGES @ CONV        CITES                CT CL COURT ACTION
POSS MARIJUANA 1ST 13A-012-213            01 C  CONVICTED                CA DATE
                                                                        08/26/2005

JUDGE: CHARLES A. SHORT                PROSECUTOR: LOGGINS EUGENIA L

PROBATION APPLIED    GRANTED  DATE        REARRESTED DATE    REVOKED  DATE
( )Y (✓)N _____   ( )Y ( )N _____   ( )Y ( )N _____   ( )Y ( )N _____

15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED        TOTAL    JAIL CREDIT
( )Y (X)N    CONFINEMENT:  05 00 000   00 00 000   05 00 000   00 00 039
             PROBATION  :  00 00 000               00 00 000
DATE SENTENCED: 10/05/2005    SENTENCE BEGINS: 10/05/2005

PROVISIONS

  PENITENTIARY
  CONSECUT SENT
  DRUG

| COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|
| RESTITUTION | $0.00 | $0.00 |
| ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIMS | $0.00 | $0.00 |
| COST | $0.00 | $0.00 |
| FINE | $0.00 | $0.00 |
| MUNICIPAL FEES | $0.00 | $0.00 |
| DRUG FEES | $0.00 | $0.00 |
| ADDTL DEFENDANT | $0.00 | $0.00 |
| DA FEES | $0.00 | $0.00 |
| COLLECTION ACCT | $0.00 | $0.00 |
| JAIL FEES | $0.00 | $0.00 |
| TOTAL | $0.00 | $0.00 |

APPEAL DATE        SUSPENDED        AFFIRMED        REARREST
(✓)Y ( )N 10-5-05    ( )Y (✓)N _____    ( )Y ( )N _____    ( )Y ( )N _____

REMARKS:

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

_____
ROGER A POWELL

10/06/2005

OPERATOR: ROP
PREPARED: 10/06/2005

COVINGTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2005 000009.00 03
CHARLES A. SHORT

```
CIRCUIT COURT OF COVINGTON COUNTY                    COURT ORI: 023015 J
STATE OF ALABAMA        VS.
PHILLIPS LAWRENCE PATRICK ALIAS:              DC NO: GJ 2004 400263.00
1005 BARNES STREET              ALIAS:        G J:    263-265
OPP  AL  36467                                SSN:    423063326
                                              SID:    000000000
                                              AIS:    000000
DOB:  09/30/1979    SEX: M  HT: 6 00    WT: 151   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O  COMPLEXION: _____  AGE: ____  FEATURES: _____
DATE OFFENSE: 09/15/2004   ARREST DATE: 09/27/2004   ARREST ORI: 0230800
CHARGES @ CONV    CITES              CT CL COURT ACTION
USE/POSS DRUG PARA 13A-012-260(C)    01 A   CONVICTED          CA DATE
                                                             08/26/2005
JUDGE: CHARLES A. SHORT
                                 PROSECUTOR: LOGGINS EUGENIA L
PROBATION APPLIED     GRANTED  DATE       REARRESTED DATE   REVOKED  DATE
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____
15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT: 01 00 000  00 00 000  01 00 000  00 00 039
            PROBATION:   00 00 000             00 00 000
DATE SENTENCED: 10/05/2005   SENTENCE BEGINS: 10/05/2005
PROVISIONS
                            COSTS/RESTITUTION
   CONSECUT SENT                                    DUE       ORDERED
   JAIL                   RESTITUTION             $0.00       $0.00
                         ATTORNEY FEE             $0.00       $0.00
                         CRIME VICTIMS            $0.00       $0.00
                         COST                     $0.00       $0.00
                         FINE                     $0.00       $0.00
                         MUNICIPAL FEES           $0.00       $0.00
                         DRUG FEES                $0.00       $0.00
                         ADDTL DEFENDANT          $0.00       $0.00
                         DA FEES                  $0.00       $0.00
                         COLLECTION ACCT          $0.00       $0.00
                         JAIL FEES                $0.00       $0.00
                         TOTAL                    $0.00       $0.00
APPEAL DATE        SUSPENDED        AFFIRMED            REARREST
(X)Y( )N 10-5-05  ( )Y(X)N _____  ( )Y( )N _____  ( )Y( )N _____
REMARKS:
```

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

*ROGER A POWELL* (signature)

ROGER A POWELL

10/06/2005

OPERATOR: ROP
PREPARED: 10/06/2005

y Clark, Sheriff
et Drive
. AL 36420
4) 428-2640
428-2654

**Monday — Friday only**
**8 am – 4 pm**

EFFECTIVE AUGUST 12. 2005 THE COVINGTON COUNTY INMATES WILL BE
ALLOWED THE FOLLOWING ITEMS.

MALES                          FEMALES

3 T SHIRTS *only*              3 BRAS NO UNDER WIRE
3 PAIRS OF UNDERWEAR           3 PAIRS OF PANTIES FULL CUT
3 PAIRS OF SOCKS               3 PAIRS OF SOCKS
                               *Also 1 Grey longsleeve sweatshirt (Bra)*

THEY ARE ALSO ALLOWED 2 PAPERBACK CROSSWORD/WORD SEARCH
BOOKS AND 2 PAPERBACK NOVELS. THESE NOVELS MUST BE IN GOOD
TASTE IN MORALS VALUES. ALL CLOTHING MUST BE SOLID WHITE.
PLEASE LABEL ALL MERCHANDISE WITH THE INMATES PROPER NAME.
THESE WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE
LAST TIME.

I *Courtney Matthews* AM LEAVING THE FOLLOWING ITEMS
FOR *Lawrence Phillips*. I UNDERSTAND THAT ONCE THESE
ITEMS ARE GIVEN TO THE INMATE THE COVINGTON COUNTY JAIL IS NOT
RESPONSIBLE FOR THE ITEMS IF THEY ARE LOST OR STOLEN.

_____

DATE: _10/17/05_

CORRECTIONAL OFFICER RECEIVING MERCHANDISE
_____

INMATE SIGNATURE _____

DATE: _10/17/05_

```
CBR716-3              ALABAMA DEPARTMENT OF CORRECTIONS          INST:   220
                      INMATE SUMMARY AS OF 10/20/2005            CODE: CIAOM
```

**********************************************************************************

```
AIS: 00243212    INMATE: PHILLIPS, LAWRENCE PATRICK        RACE: B  SEX: M

INST: 220 - COVINGTON
                                        DORM:  00   JAIL CR: 000Y 01M 09D
DOB: 09/30/1979  SSN: 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

ADM DT: 10/05/2005 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: OTW-9   CURRENT CUST DT: 10/05/2005  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV       CURRENT CLASS DATE:  10/05/2005
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME
```

```
COUNTY      SENT DT  CASE NO  CRIME
COVINGTON   10/05/05 N050009.1 ASSAULT I                    JL-CR    TERM
            ATTORNEY FEES : $001337                         0039D 020Y 004 00D CS
            COURT COSTS  : $0001154    HABITUAL OFFENDER : N
                                       FINES : $0003000  RESTITUTION : $0001600
COVINGTON   10/05/05 N050009.2 POSS MARIJUANA I             0039D 005Y 004 00D CS
```

```
 TOTAL TERM      MIN REL DT     GOOD TIME BAL     GOOD TIME REV    LONG DATE
025Y 00M 00D     06/08/2027     000Y 00M 00D      000Y 00M 00D     08/25/2030
```

```
INMATE LITERAL: 10YR WEAPONS ENHANCMNT
```
**********************************************************************************

```
DETAINER WARRANTS SUMMARY

>DET WRT 10/05/2005 TYPE NOTIFICATION ONLY       COVINGTON CO S.O.
    LITERAL: USE/POSS DRUG PARA;LYR;CC W/ST       SEQ #: 01     CASE #: CC05-009.3
    OFFENSE: 000  - UNKNOWN
```
**********************************************************************************

```
ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
```
**********************************************************************************

```
DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

| Covington County Sheriff<br><br>Printed: Sat Aug 27, 2005 | **MEDICAL SCREENING FORM**<br>LAWRENCE PATRICK PHILLIPS (S423063326) | Booking Number<br>**200008673**<br>Booking Date<br>**AUGUST 26th, 2005** |
|---|---|---|

## ADMISSION OBSERVATIONS

| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
|---|---|---|---|---|---|
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

**SUBJECT SEEMS TO BE IN GOOD HEALTH AT TIME OF INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
|---|---|---|---|---|---|
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address

**NONE**

Health Insurance

**NONE**

Special Diet

**NONE**

Prescriptions/Medications

**NONE**

Drug Allergies

**NONE KNOWN**

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____

CJ017  MILLER, J.D.

# MEDICAL STAFF RECEIVING SCREENING FORM

Southern Health Partners

**LAST NAME:** Phillips   **FIRST NAME:** Laurence   **MIDDLE:** Patrick

**INTAKE DATE:** 8/26/05   **SCREENING DATE:** 8/27/05

**SEX:** M   **SOCIAL SECURITY NO:** 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   **DOB:** 9-30-79

**CURRENT INSURANCE COVERAGE?**   **CURRENTLY UNDER PHYSICIAN'S CARE FOR CHRONIC CONDITION:** No

## VISUAL / MEDICAL OBSERVATION: *(Explain all "Yes" Answers)* Circle Y or N:

| | YES | NO |
|---|---|---|
| Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain, or other symptoms suggesting the need for immediate emergency medical referral? If yes: | | N |
| Are there any visible signs of fever, jaundice, skin lesions, rash, or infection; cuts, bruises, or minor injuries; needle marks, body vermin? If yes: | | N |
| Does the inmate exhibit any signs that suggest the risk of suicide, assault, or abnormal behavior? If yes: | | N |
| Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If yes: | | N |
| Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc. If yes: | | N |

## ASK THE INMATE THESE QUESTIONS: *(Explain all "Yes" answers)*

| | YES | NO |
|---|---|---|
| Have you had or been treated for: (circle as appropriate) asthma, diabetes, epilepsy, heart condition, high blood pressure, mental health problems, seizures, ulcers, or other conditions? Other: | | N |
| Have you taken or are you taking any medication(s) prescribed for you by a physician? If yes: | | N |
| Are you allergic to any medications, foods, plants, etc.? If yes: | | N |
| Have you fainted or had a head injury within the last 72 hours? If yes: | | N |
| Do you have or have you been exposed to AIDS, hepatitis, TB, VD, or other communicable disease? If yes: | | N |
| Have you been hospitalized by a physician or psychiatrist within the last year? If yes: | | N |
| Have you ever considered or attempted suicide? If yes: | | N |
| Do you have a painful dental condition? If yes: | | N |
| Are you on a specific diet prescribed by a physician? If yes: | | N |
| Do you use drugs? How often? What kind?                Last time? How much? | | N |
| Do you use alcohol? How often? What kind?                Last time? How much? | | N |
| Females: LMP Date: Are you pregnant, recently delivered or aborted; on birth control pills, having abdominal pain or discharge? If yes: | | N |

## NOTE VITAL SIGNS:

| Respiration | 18 | Pulse | 82 | Temperature | 97.6 | Blood Pressure | 146/78 |
|---|---|---|---|---|---|---|---|

HAVE ALL CONCERNS FROM OFFICER INTAKE FORM BEEN ADDRESSED WITH INMATE? ___ Yes 1/05

ARE ALL STATED CHRONIC CONDITIONS NOTED: ___ Yes 1/05

PPD IMPLANTED?   Y  or  (N)   ARM LOCATION:  R  OR  L     IS H&P SCHEDULED FOR 14 DAYS 1/05

REMARKS ___

I have answered all questions truthfully. I have been told and shown how to obtain medical care...

_(signature)_ J. Colvin   8-27-05
                            9-27-05

Southern Health Partners, Inc.

# ADMISSION DATA / HISTORY AND PHYSICAL FORM

9/10/05                    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

PHILLIPS   LAWRENCE                                    8/26/05

NONE                                          Covington

104 Bailey St    Opp AL

334-493-2820      CtH              9-30-79

            ◯                        GED

## MEDICAL HISTORY

ESTER   THOMPSON                    Grandmom

159  MLK Drive        Opp AL            493-2270

      NO DRD

                              2004

NLDA

MENTAL HEALTH EVALUATION

                ◯

            Respidol, Depakote
6001 Drey Awy   Montgomery   Gray Hares

      yes

          yes
          NO

        ◯   ◯                 Domestic Violence

      J. Mitchel

                                        Phillips



9/10/05

IGNATURE OF PERSON FINGERPRINTED

Phillips Lawrence Patrick

SOCIAL SECU...

LEAVE BLANK

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

AST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| BI NO | STATE IDENTIFICATION NO | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 9 30 79 | M | B | 6'2" | 162 | Bro | Blk |

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

BOOKING SHEET

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

Book Num    97006024         Book Seq         1

Employer                                    Empl Phone    ( )  -
Emp Addr                                     Emp Fax       ( )  -

Emp City
E-Mail
Occupation                      Position

Employment last 12 months:  Full time:    0    Part time:    0    At booking:

| Cash | xxxxxxxxxxx | | | Location | SAFE | | | |
|------|-----|-----|-----|-----|-----|-----|-----|-----|

Belts      N              Jacket    N            Peri Pencil   N         Tie          N
Cap        N              Jewelry   N            Slacks        N         Underwear N
Checkbook  N              Keys      N            Socks         N         Wallet       N
Gloves     N              Knife     N            Shoes         N         Watch        N
Id Cards   N              Lighter   N            Shirt         N

Description of Property:

Vehicle Yr/Make/Lic:

Vehicle Location:

Hold 1            Hold 2              Hold 3            Hold 4              Hold 5

### CHARGES

28-3A-25           MISD                                                           0.00   PB
  Court            Court Date  //           Court Time                Dispo Code
Descriptn  MINOR IN CONSUMPTION

13A-12-214         MISD                                                           0.00   PB
  Court            Court Date  //           Court Time                Dispo Code
Descriptn  UNLAWFUL POSSESSION OF MARIHUANA IN THE SECOND    DEGREE

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND MONEY
AND FIND IT TO BE ACCURATE

Inmate's Signature   X_____        Witness     X_____

Booking Officer    X_____              Date _____ Time _____

# INMATE GRIEVANCE FORM

## COVINGTON COUNTY JAIL

A. LIST ALL PARTIES TO ALLEGED GRIEVANCE: _Lawrence Phillips + Sgt. Henry W._

B. BRIEFLY STATE NATURE OF ALLEGED GRIEVANCE: _She investigated the incident which occured between Perry and I Lawrence Phillips - she did not question me about the incident neither/nor did she question my witness as of the matter. The Investigation she did was poorly and unfairly_

C. STATE DATE OF ALLEGED GRIEVANCE: _11-30-99_

D. BRIEF STATEMENT ABOUT ALLEGED GRIEVANCE: _I don't think that she Investigated both side's fairly Just because a book is worn on the outside doesn't mean it no good what I mean she stated other officer had problem with me that would mean nothing to the Incident Investor have to know the officers to put Rude towards them._

E. LIST NAMES OF WITNESS(S) IF ANY: _Lawrence Phillips_

F: PLACE GRIEVANCE FORM IN ENVELOPE, SEAL AND WRITE THE WORD 'GRIEVANCE' AND NAME OF COMPLAINANT ON OUTSIDE OF ENVELOPE THE INMATE WILL GIVE TO OFFICE DUTY



LAURENCE PHILLIPS
108 Corvar Court
Opp, Al 36467

looking for nice Woman
getting out soon March 25 2006
WRITE ME

YOU ARE
A SAD CASE
I this
the only
way you get Attention

UGLY

P.S To Brandis
Above Cover Mitchell