IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAWRENCE PATRICK PHILLIPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1159-MHT |
| | ) |
| ANTHONY CLARK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 9 January 2006, the Magistrate Judge filed a Recommendation (Doc. #10) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice based upon Phillips's failures to prosecute this action properly and to comply with the orders of this court.

Done this the 30th day of January, 2006.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE